IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| v.   ) | Case No. 2:17cr511-WKW |
| ) | |
| JULIO DELGADO   ) | |
| AKASH KUMAR   ) | |

# **ORDER**

The parties recently finished briefing their arguments for and against Defendant Julio Delgado's (Docs. 41–43 & 111–113) and Defendant Akash Kumar's (Doc. 128) motions challenging the sufficiency and propriety of the allegations in the Indictment and Superseding Indictment. In the meantime, the Grand Jury returned a Second Superseding Indictment. *See* Doc. 146. The court's review of the Second Superseding Indictment reveals that at least some of the defendants' concerns have been addressed in this new filing. *See, e.g.*, Doc. 146 at 6 (alleging that the defendants "knowingly, intentionally, and willfully" engaged in a controlled substance conspiracy). Developments during the discovery process or otherwise during the course of this prosecution may have resolved other concerns.

Accordingly, and for good cause, Defendants Julio Delgado and Defendant Akash Kumar are ORDERED to show cause, **no later than March 6, 2018**, why the pending motions (Docs. 41–43, 111–113 & 128) should not be denied as moot. To the extent any portion of a defendant's motions has not been mooted by the return of the Second Superseding Indictment or otherwise, the defendant shall address in his response to this

order whether and how the Second Superseding Indictment impacts the court's analysis of his motions. To the extent the defendants do not concede that all motions have been mooted, the court intends to construe the motions as challenges to the Second Superseding Indictment, and **no later than March 13, 2018** the Government may file a response to either or both of the defendant's submissions.

      DONE on the 28th day of February, 2018.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE