# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CR-511-7-WKW |
| | ) | |
| AKASH KUMAR | ) | |

## **ORDER**

On April 20, 2018, the Magistrate Judge filed a Recommendation to which Defendant Akash Kumar has filed no objections. (Doc. # 230.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation (Doc. # 230) that Kumar's motion for a bill of particulars (Doc. # 128) be denied is ADOPTED; and

(2) Kumar's motion for a bill of particulars (Doc. # 128) is DENIED.

DONE this 18th day of June, 2018.

                                                /s/ W. Keith Watkins
                                       CHIEF UNITED STATES DISTRICT JUDGE